**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL FORREST,** | : | |
| | : | |
| | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-1496** |
| | : | |
| **JOHN WETZEL, et al,** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this _19th_ day of April 2021, upon consideration and independent review of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Sandra Moore Wells, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**